IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**REBECCA S. CHARLES,**
**SARAH N. HALL, and**
**MARY K. MORRIS,**

  **Plaintiffs,**

**V.**            **CIVIL ACTION NO. 2:16-CV-10334**
              Hon. John T. Copenhaver, Jr.

**STATE OF WEST VIRGINIA OFFICES**
**OF THE INSURANCE COMMISSIONER**
**and STATE OF WEST VIRGINIA**
**DIVISION OF PERSONNEL,**

  **Defendants.**

## AGREED STIPULATION OF VOLUNTARY DISMISSAL OF THE WEST VIRGINIA DIVISION OF PERSONNEL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**COME NOW** the Parties, by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and STIPULATE and AGREE to the voluntary dismissal of all claims against Defendant West Virginia Division of Personnel, with prejudice. As evidenced by the signatures of counsel for the Defendant West Virginia Division of Personnel and Defendant Offices of the Insurance Commissioner below, the Defendants have no objection to the stipulation.

Accordingly, it is hereby STIPULATED that this matter is DISMISSED as against Defendant West Virginia Division of Personnel, with prejudice.

It is so stipulated this the 23rd day of August, 2018.

2

/s/ Todd S. Bailess
Todd S. Bailess, Esq.
Rodney A. Smith, Esq.
Bailess Smith PLLC
120 Capitol Street
Charleston, WV 25301
(304) 344-5529 Facsimile
tbailess@bailesssmith.com
rsmith@bailesssmith.com


Mark A. Toor, Esq.
10 Hale Street, 2nd Floor
Charleston, WV 25301
(304) 380-2111
mark@marktoor.com
*Counsel for Plaintiffs*

/s/ Charles R. Bailey
Charles R. Bailey, Esq.
Michael W. Taylor, Esq.
Bailey & Wyant PLLC
500 Virginia Street, East
Suite 600
Charleston, WV 25301
(304) 345-4222
cbailey@baileywyant.com
mtaylor@baileywyant.com
*Counsel for Defendant WVOIC*


/s/ Jan L. Fox
Jan L. Fox, Esq. (WV Bar #1259)
Mark C. Dean, Esq. (WV Bar #12017)
Steptoe & Johnson, PLLC
P.O. Box 1588
Charleston, WV 25326-1588
(304) 353-8000
(304) 353-8180 Facsimile
Jan.Fox@Steptoe-Johnson.com
Mark.Dean@Steptoe-Johnson.com
*Counsel for Defendant West Virginia Division of Personnel*

2