IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**REBECCA S. CHARLES,**
**SARAH N. HALL,**
**MARY K. MORRIS,**

    **Plaintiffs,**

v.                                                   Civil Action No. 16-CV-10334
                                                           Honorable John Copenhaver

**STATE OF WEST VIRGINIA OFFICES**
**OF THE INSURANCE COMMISSIONER,**
**STATE OF WEST VIRGINIA DIVISION**
**OF PERSONNEL,**

    **Defendants.**

## NOTICE OF SETTLEMENT

       Counsel for the parties hereby represent to the Court that a settlement has been reached in this case. The parties request that they be relieved of the existing scheduling order deadlines while they finalize the settlement agreement. The parties intend on jointly submitting a motion for court approval of the settlement agreement as contemplated by the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*.

                                                 Submitted this 29th day of October 2018

Prepared by:

/s/ Todd S. Bailess
Todd S. Bailess (WVSB #10482)
Rodney A. Smith (WVSB #9750)
**BAILESS SMITH PLLC**
120 Capitol Street
Charleston, WV 25301
Telephone: (304) 342-0550

Facsimile: (304) 344-5529
tbailess@bailesssmith.com
rsmith@bailesssmith.com

Mark A. Toor (WVSB #5228)
10 Hale Street, Second Floor
Charleston, West Virginia 25301
Telephone: (304) 380-2111
mark@marktoor.com


Approved By:

/s/ Michael W. Taylor_____
Charles R. Bailey (WVSB #0202)
Michael W. Taylor (WVSB #11715)
**Bailey & Wyant, PLLC**
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
(304) 345-4222
cbailey@baileywyant.com
mtaylor@baileywyant.com