UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


REBECCA S. CHARLES,
SARAH N. HALL, and
MARY K. MORRIS,

      Plaintiffs,

v.                                    Civil Action No. 2:16-CV-10334


STATE OF WEST VIRGINIA OFFICES
OF THE INSURANCE COMMISSIONER
and STATE OF WEST VIRGINIA DIVISION
OF PERSONNEL,

      Defendants.


ORDER


      The court has been advised that this civil action has settled.  (Notice of Settlement, ECF # 63).  The parties represent that they "intend on jointly submitting a motion for court approval of the settlement agreement as contemplated by the Fair Labor Standards Act, 29 U.S.C. § 201, et seq."  Id. Pursuant to the court's scheduling order entered March 22, 2018, the parties are, inter alia, required to appear for a pretrial conference on November 9, 2018 at 10:30 a.m.

      In view of the anticipated settlement, it is ORDERED that the remaining dates on the scheduling order be, and hereby are, rescheduled as follows:

| Deadline | Date |
|----------|------|
| Pretrial conference | 11/30/2018 10:30 AM |
| Proposed jury charge | 12/20/2018 |
| Final settlement conference | 1/07/2019 10:30 AM |
| Trial | 1/08/2019 9:30 AM |

The Clerk is requested to transmit this order to all counsel of record and to any unrepresented parties.

DATED: October 30, 2018

John T. Copenhaver, Jr.
United States District Judge